To the Clerk of the court, Peter T. Dalleo

MAY 27 2005

In regard to case # CA 04-0327-GMS

It has been some time since I have received any notification as to the status of this case. Please respond with the necessary information.

        Respectfully,
          Mr. Joseph T. Vincent II
          S.C.I. PO BOX 500
          Georgetown, De. 19947

5,24,05

*[signature: Mr. Joseph Vincent]*

I/M: Joseph t. vincent BLDG: MERIT EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 22230370
$00.370  MAY 26 05
FROM ZIP CODE  19947

UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, De. 19801-3570

U.S.M.S.
X-RAY

19801+3513 12