ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH T. VINCENT II
   Plaintiff
     V.
CATHY COLONNA, AND T.A.S.C. OF
  DELAWARE,
   Defendents

C.A.No.04-327-GMS

MOTION FOR: Ammended Claim

COMES NOW, the petitioner, Joseph T. Vincent II, pro se and moves this Honorable Court to grant this writ for the following reasons: plaintiff, Joseph Vincent, pursuant to Rules 15(A) & 19(A) Fed. R. Civ. P. requests leave to file an amended complaint adding a party)

1. the plaintiff in his original complaint failed to name the Acting Director of De. T.AS.C

2. Since the filing of the complaint the plantiff has yet to determine the name of the director on 4,28,02

3. this Court should grant leave freely to amend a complaint Foman V. Davis, 371 US 178, 182 (1962

WHEREFORE, due to the foregoing reasons, the petitioner requests that this writ be granted.

Dated: 7,19,05



/S/ Joseph Vincent
Sussex Correctional Institution
Route 113 n. P.O. box 500
Georgetown, de 19947

FILED
JUL 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

CERTIFICATE OF SERVICE

I, **Joseph T. Vincent II**, hereby certify that I have served a true and correct copy of the attatched **Request for Counsel & Motion to Name defendents (Ammended Claim)** upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Phebe S. Young | 820 N. French St | Wilm, De 19801 |
| | | |
| | | |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at S.C.I., P.O. Box 500, Georgetown, De. 19947 This **19th** day of **July**, **05**

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

T. Vincent   BLDG: MERIT-EAST
CORRECTIONAL INSTITUTION
OX 500
TOWN, DELAWARE  19947

U.S. POSTAGE  PB2230370
$00.600  JUL 21 05
FROM ZIP CODE  19947
1345
7955
3296

X-RAY'S W.M.

Office of the Clerk's
United States District Court
844 N. King St Lockbox 18
Wilmington, De.
19801-3570

19801+3570  12