IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH T. VINCENT II          *

    Plaintiff             *

       V.                *    C.A.No.  04-327-GMS

CATHY COLONNA, and T.A.S.C.   *

of Delaware,                  *

    Defendents

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR: Request of Counsell

COMES NOW, the petitioner, MR. Joseph T. Vincent II BD scanned

pro se, and moves this Honorable Court to grant this writ for the following reasons:

Title 28 1915(e)(1)

1. Whether the case appears to have merit
2. the plaintiffs ability to investigate the facts
3. the indigents ability to present the case
4. The complexity and difficulty of the case

WHEREFORE, due to the foregoing reasons, the petitioner requests that this writ be granted.

Dated: 7/19/05

                                                      Joseph Vincent II
                                                      Sussex Correctional Institution

                                                      Route # 113 N. P.O. Box 500

                                                      Georgetown, De. 19947

CERTIFICATE OF SERVICE

I, __Joseph T. Vincent II__, hereby certify that I have served a true and correct copy of the attatched __Request For Counsel &__ upon the following person/s below: __Motion to Name defendents (Ammended Claim)__

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Phebe S. Young | 820 N. French St | Wilm, De 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at S.C.I., P.O. Box 500, Georgetown, De. 19947

This __19th__ day of __July__, __05__

__/s/ Joseph T. Vincent II__

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE