IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

File Number 1;04-cv-00327-GMS

Mr. Joseph T. Vincent II,
    Plaintiff,

v.                                    Notice of Appeal

Colonna, et al,
    Defendant.

FILED
OCT 12 2005
DISTRICT COURT
DISTRICT OF DELAWARE

Notice is hereby given that Joseph T. Vincent, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit, from the final judgment / from an order entered in this action on the sixth day of October, 2005.

Mr. Joseph Vincent II
Sussex Correctional Institution
Rt. 113, P.O. Box 500
Georgetown, DE 19947
D.O.B.: 1/19/63
S.B.I.: 225072



I/M: St Vincent  BLDG: MERIT EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
U.S. District Court
844 N. King St. Lock Box 18
Wilmington DE
19801-3570