**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 05-4614

Vincent

vs.

Colonna, et al.

Joseph T. Vincent, Appellant

(Delaware District Civil No. 04-cv-00327)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: January 30, 2006

cc:
    Mr. Joseph T. Vincent II
    Aleph Ann Woolfolk, Esq.