RE: 1:04-cv-00327-GMS Vincent v. Zobnna.

To whom it may,

Could you please supply me with a payment history on this case along with this I would like a balance due.

Thank You,
Respectfully,
/s/ Vincent

R. Joseph T. Vincent II
PO Box 500 #225072
SCI. Georgetown, DE, 19947

FILED SEP 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned



I/M: S.T. Vincent  BLDG: K64-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 King St. Lock Box 18
Wilmington DE
19801-3570